**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Dorothy M. C. and Jesse C., Defendants,

Of whom Dorothy M. C. is the Appellant,

In the interest of minor children under the age of 18 years.

Appellate Case No. 2012-212335

Appeal From Greenville County
Robert N. Jenkins, Sr., Family Court Judge

Unpublished Opinion No. 2012-UP-607
Submitted November 1, 2012 – Filed November 7, 2012

**AFFIRMED**

Timothy Clardy, of The Dennison Law Firm, PC, of Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department of Social Services, of Greenville, and Deborah Murdock,

of Murdock Law Firm, LLC, of Mauldin, for
Respondent.

Don J. Stevenson, of Don J. Stevenson Attorney at Law,
of Greenville, for Guardian ad Litem.

---

**PER CURIAM:** Dorothy M. C. appeals from the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.